UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO ex rel. CHARLES P. BOLTON, WILLIAM P. BOLTON, AND BOLTON PROPERTIES, LTD., *et al.*, | ) ) ) ) | CASE NO. 1: 20 CV 2360 |
| Plaintiffs, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) ) ) | <u>ORDER</u> |
| CITY OF MENTOR, *et al.*, | ) ) | |
| Defendants. | ) | |

This matter comes is before the Court on Plaintiffs' Motion to Remand this action to State court. (ECF #5). Based upon Plaintiffs' representation that they are not asserting any federal claims, Defendants have no objection to remand. Accordingly, Plaintiffs' Motion to Remand (ECF #5) is granted. The clerk shall remand this action to the Court of Common Pleas for Lake County, Ohio.

IT IS SO ORDERED.

DATED: *December 7, 2020*

*/s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge